DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JERMAINE T. DAVIS,**
Appellant,

v.

**RIC BRADSHAW,** duly elected Sheriff of Palm Beach County, Florida and
the **PALM BEACH COUNTY SHERIFF'S OFFICE,** a duly established
constitutional office,
Appellee.

No. 4D17-636

[December 21, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm
Beach County; Jeffrey Dana Gillen, Judge; L.T. Case No.
502012CA014313XXXXMB.

David Pleasanton of the Law Offices of David Pleasanton, P.A., West
Palm Beach, for appellant.

Luke Savage and Suhaill M. Morales of Allen, Norton & Blue, P.A., Coral
Gables, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, FORST and KLINGENSMITH, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***